PER CURIAM.
Affirmed. See First Fla. Bank, N.A. v. Max Mitchell & Co., 558 So.2d 9 (Fla.1990); Angel, Cohen & Rogovin v. Oberon Inv., N.V., 512 So.2d 192 (Fla.1987); First Am. Title Ins. Co. v. First Title Serv. Co. of the Fla. Keys Inc., 457 So.2d.467 (Fla.1984); Florida Bldg. Inspection Servs., Inc. v. Arnold Corp., 660 So.2d 730 (Fla. 3d DCA 1995); Bay Garden Manor Condominium Ass’n, Inc. v. James D. Marks Assocs., Inc., 576 So.2d 744 (Fla. 3d DCA 1991); First State Sav. Bank v. Albright & Assocs. of Ocala, Inc., 561 So.2d 1326 (Fla. 5th DCA), review denied, 576 So.2d 284 (Fla.1990).